# United States Court of Appeals
## For the First Circuit

No. 08-1921

JOHN A. UPHOFF FIGUREROA,

Plaintiff, Appellant,

v.

HECTOR ALEJANDRO; and NITZA VAZQUEZ,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on March 4, 2010, is amended as follows:

Page 3, footnote 1, lines 3 to 4, "Uphoff-Figueroa I, 2005 WL 3095517, at *12" should be replaced with "Uphoff-Figueroa v. P.R. Elec. Power Auth. (Uphoff-Figueroa I), No. 03-1509, 2005 WL 3095517, at *12 (D.P.R. Nov. 18, 2005)."

Page 4, lines 2 to 3, "civil rights conspiracy against all defendants" should be replaced with "civil rights conspiracy claims against all defendants".